**Amy P. Lally (SBN 198555)**
alally@sidley.com
**Emily Z. Culbertson (SBN 282560)**
eculbertson@sidley.com
**SIDLEY AUSTIN LLP**
555 W. 5th Street, Suite 4000
Los Angeles, CA  90013
Tel. (213) 896-6000

**Attorneys for Defendant**
**SAKS INCORPORATED**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY NUNEZ, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SAKS INCORPORATED, a Tennessee corporation, and DOES 1-50, inclusive,<br><br>Defendant. | Case No.  15CV2717 JAH WVG<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>[Filed concurrently with Memorandum of Points and Authorities In Support Of Motion To Dismiss; Declaration of Amy P. Lally In Support of Motion To Dismiss; Request for Judicial Notice; Motion to Strike; and Memorandum of Points and Authorities In Support of Motion to Strike]<br><br>Judge:      Hon. John A. Houston<br>Date:       April 11, 2016<br>Time:       2:30 P.M.<br>Location:  Courtroom 13B |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, on April 11, 2016 at 2:30 P.M., or as soon thereafter as the matter may be heard, before the Honorable John A. Houston in Courtroom 13B of the above-referenced court, located at 333 West Broadway, Suite 1380, San Diego, CA 92101, Defendant Saks Incorporated ("Saks") hereby respectfully moves to dismiss Plaintiff Randy Nunez's ("Plaintiff") First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(1) for lack of standing and Fed. R. Civ. P 12(b)(6) for failure to state a claim upon which relief can be granted.

This Motion is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the Declaration of Amy P. Lally and attached exhibits, and such other further matters as may be presented at or prior to the hearing on this Motion.

Dated:  February 15, 2015              SIDLEY AUSTIN LLP

                                       By:  /s/ *Amy P. Lally*

                                       Amy P. Lally

                                       Sidley Austin LLP
                                       555 West Fifth Street, Suite 4000
                                       Los Angeles, California 90013
                                       Telephone:  (213) 896-6000
                                       Facsimile:  (213) 896-6600
                                       Email: alally@sidley.com

                                       Attorneys for Defendant Saks Incorporated

# **PROOF OF SERVICE**

STATE OF CALIFORNIA   )
                      ) SS
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is 555 West Fifth Street, Suite 4000, Los Angeles, California  90013.

I hereby certify that on February 15, 2016, I electronically filed the foregoing document described as **DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** with the United States District Court, Southern District of California by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

>   John T. Jasnoch
>   Scott+Scott LLP
>   707 Broadway
>   Suite 1000
>   San Diego, CA 92101

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 15, 2016, at Los Angeles, California.

*/s/ Amy P. Lally*
Amy P. Lally