

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Randy Nunez, on Behalf of Himself and All Others Similarly Situated<br><br>Plaintiff,<br><br>V.<br><br>Saks Incorporated, a Tennessee corporation; Does 1-50, inclusive<br><br>Defendant. | Civil Action No.  15CV2717-JAH(WVG)<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendant's motion to dismiss is granted. Plaintiff's claims are dismissed with prejudice.


Date:        12/1/17

CLERK OF COURT
**JOHN MORRILL, Clerk of Court**
By:  s/ J. Petersen
J. Petersen, Deputy