NAME AND ADDRESS OF ATTORNEY

SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
John T. Jasnoch (CA 281605)
707 Broadway Suite 1000
San Diego, CA 92101

PHONE: (619) 233-4565

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

TRIAL JUDGE  John A. Houston                COURT REPORTER

Randy Nunez, on Behalf of Himself and All Others Similarly Situated,

CIVIL NO.  3:15-cv-02717-JAH-WVG

(Appellant/Appellee)     Plaintiff

vs

SAKS INCORPORATED

NOTICE OF APPEAL       (Civil)

(Appellant/Appellee)     Defendant

Notice is hereby given that  Randy Nunez, and All Others Similarly Situated

[x] Plaintiff  ___ Defendant above named, hereby appeals to the United States Court of Appeals for the:   (check appropriate box)

[x] Ninth Circuit                                [ ] Federal Circuit

from the:         (check appropriate box)

__X__ Final Judgment                [x] Order (describe)

entered in this proceeding on the  4th  day of  December , 20 17 .
Transcripts required _____ Yes  [x] No.
Date civil complaint filed:  12/3/15 .

Date: 12/4/2017                    s/John T. Jasnoch
                                   Signature

::ODMA\PCDOCS\WORDPERFECT\17861\1 May 5, 1999 (10:03am)