8   UNITED STATES DISTRICT COURT
9   SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY NUNEZ,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SAKS INCORPORATED, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 15cv2717-JAH (WVG)<br><br>**ORDER GRANTING JOINT MOTION RE: SCHEDULING AND VACATING TELEPHONIC STATUS CONFERENCE** |

　　　GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the Joint Motion Regarding Schedule for Further Proceedings (Doc. No. 56) is **GRANTED**.

　　　**IT IS FURTHER ORDERED** that:

1. Plaintiff shall file a Fourth Amended Class Action Complaint by **August 16, 2019**;
2. Defendant shall respond to the Fourth Amended Class Action Complaint by **October 1, 2019**; and
3. To the extent Defendant files a motion in lieu of an answer, Plaintiff shall file any brief in opposition by **November 5, 2019**, and Defendant shall file its reply brief on **November 26, 2019**.

//
//
//

1 | The telephonic status conference (Doc. No 55), originally set for Monday, August 12, 2019 at 3:00 p.m., is **VACATED**.

**IT IS SO ORDERED**.

DATED: August 7, 2019

_____
JOHN A. HOUSTON
United States District Judge