<br />

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY NUNEZ, on behalf of himself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAKS INCORPORATED, a Tennessee corporation, and DOES 1-50, inclusive,<br><br>Defendant. | Case No.:15cv2717-JAH (WVG)<br><br>**ORDER VACATING HEARING** |

After a careful review of the parties' submissions, the Court deems Defendant's motion to strike Plaintiff's request for disgorgement, (doc. no. 61, 63), and Defendant's motion to dismiss Plaintiff's Fourth Amended Complaint, (doc. no. 62), suitable for adjudication without oral argument. *See* CivLR 7.1 (d.1). The motions are fully briefed. Doc. Nos. 64, 65, 66, 67. Accordingly, IT IS HEREBY ORDERED the motion is taken under submission without oral argument and the hearing set for January 13, 2020, at 2:30 p.m. is VACATED. The Court will issue an order in due course.

**IT IS SO ORDERED.**

DATED: January 6, 2020

_____
JOHN A. HOUSTON
United States District Judge

<br />

1

<br />