MORGAN, LEWIS & BOCKIUS LLP
Joseph Duffy (SBN 241854)
joseph.duffy@morganlewis.com
Nicolette Young (SBN 280810)
nicolette.young@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:   +1.213.612.2500
Fax:  +1.213.612.2501

MORGAN, LEWIS & BOCKIUS LLP
Gregory Parks, *pro hac vice forthcoming*
gregory.parks@morganlewis.com
1701 Market Street
Philadelphia, PA  19103-2921
Tel:   +1.215.963.5000
Fax:  +1.215.963.5001

Attorneys for Defendant
SAKS INCORPORATED

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY NUNEZ, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAKS INCORPORATED, a Tennessee corporation, and DOES 1-50, inclusive,<br><br>Defendant. | Case No. 3:15-cv-02717-JAH-WVG<br><br>**DEFENDANT SAKS INCORPORATED'S NOTICE AND REQUEST FOR SUBSTITUTION OF ATTORNEY**<br><br>Judge: Hon. John A. Houston<br>Courtroom: 13B |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DEFENDANT SAKS INCORPORATED'S
NOTICE AND REQUEST FOR
SUBSTITUTION OF ATTORNEY
CASE NO. 3:15-CV-02717-JAH-WVG

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Civil Local Rule 83.3.(f)(2), Gregory Parks (*pro hac vice forthcoming*), Joseph Duffy (SBN 241854), and Nicolette Young (SBN 280810) of Morgan, Lewis, & Bockius LLP hereby enter their appearance as substitute counsel of record on behalf of Defendant Saks Incorporated ("Defendant"). All future pleadings, orders, and notices should be served upon the following substituted counsel for Defendants:

**Morgan, Lewis & Bockius LLP**
Joseph Duffy (SBN 241854)
joseph.duffy@morganlewis.com
Nicolette Young (SBN 280810)
nicolette.young@morganlewis.com
300 South Grand Ave., 22nd Floor
Los Angeles, CA 90071
Telephone: (213) 612-2536
Facsimile: (213) 612-2501

**Morgan, Lewis & Bockius LLP**
Gregory Parks, *pro hac vice forthcoming*
gregory.parks@morganlewis.com
1701 Market Street
Philadelphia, PA  19103-2921
Telephone: (215) 963-5000
Facsimile: (215) 963-5001

Withdrawing as counsel for Defendant is:

**Sidley Austin LLP**
Amy Pesapane Lally (SBN 198555)
alally@sidley.com
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 595-9500
Facsimile: (310) 595-9501

Morgan, Lewis &
Bockius LLP
Attorneys At Law
Los Angeles

2

DEFENDANT SAKS INCORPORATED'S
NOTICE AND REQUEST FOR
SUBSTITUTION OF ATTORNEY
CASE NO. 3:15-CV-02717-JAH-WVG

**Sidley Austin LLP**
Alexandria V. Ruiz (SBN 313286)
aruiz@sidley.com
555 West 5th Street, Suite 4000
Los Angeles, CA 90013
Telephone: (213) 896-6055
Facsimile: (213) 896-6600

Dated: May 26, 2023                         MORGAN, LEWIS & BOCKIUS LLP

                                            By /s/ *Joseph Duffy*
                                               Joseph Duffy
                                               Attorneys for Defendants
                                               SAKS INCORPORATED and
                                               JAMES YOUNG

The undersigned parties consent to the above withdrawal and substitution of counsel.

Dated: May 26, 2023                         SAKS INCORPORATED

                                            By /s/James Young
                                               James Young
                                               SVP, General Counsel,
                                               Saks OFF 5th

                                               Christopher Hornig
                                               VP, Assistant General Counsel,
                                               Saks OFF 5th

| | | |
|---|---|---|
| Dated: | May 26, 2023 | SIDLEY AUSTIN LLP |

By /s/ Amy Pesapane Lally
Amy Pesapane Lally
Attorneys for Defendant
SAKS INCORPORATED

### SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I, Joseph Duffy, hereby certify that the content of this document is acceptable to in-house counsel at Saks Incorporated and for withdrawing counsel for Defendant, and that my office has obtained their authorizations to affix their electronic signatures to this document.

| | | |
|---|---|---|
| Dated: | May 26, 2023 | MORGAN, LEWIS & BOCKIUS LLP |

By */s/ Joseph Duffy*
Joseph Duffy

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

4

DEFENDANT SAKS INCORPORATED'S
NOTICE AND REQUEST FOR
SUBSTITUTION OF ATTORNEY
CASE NO. 3:15-CV-02717-JAH-WVG