MORGAN, LEWIS & BOCKIUS LLP
Joseph Duffy (SBN 241854)
joseph.duffy@morganlewis.com
Nicolette Young (SBN 280810)
nicolette.young@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:    +1.213.612.2500
Fax:   +1.213.612.2501

MORGAN, LEWIS & BOCKIUS LLP
Gregory Parks, *pro hac vice forthcoming*
gregory.parks@morganlewis.com
1701 Market Street
Philadelphia, PA  19103-2921
Tel:    +1.215.963.5000
Fax:   +1.215.963.5001

Attorneys for Defendant
SAKS INCORPORATED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY NUNEZ, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAKS INCORPORATED, a Tennessee corporation, and DOES 1-50, inclusive,<br><br>Defendant. | Case No. 3:15-cv-02717-JAH-WVG<br><br>**JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Current response date: May 30, 2023<br>New response date: June 30, 2023<br><br>Judge: Hon. John A. Houston<br>Courtroom: 13B |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

JOINT MOTION TO EXTEND TIME TO
RESPOND TO COMPLAINT
CASE NO. 3:15-CV-02717-JAH-WVG

Pursuant to Civil Rules 7.2 and 12.1 of the Local Rules of the United States District Court for the Southern District of California, Defendant Saks Incorporated ("Defendant") and Plaintiff Randy Nunez ("Plaintiff"), by and through their respective counsel of record, hereby jointly move to extend Defendant's time to respond to the Complaint by thirty (30) days, until June 30, 2023.  In support of this joint motion, the parties state the following:

WHEREAS, on December 3, 2015, Plaintiff filed his Complaint (the "Complaint");

WHEREAS, the Summons and Complaint were served on Defendant on December 8, 2015;

WHEREAS, following this Court's order granting the Defendant's Motion to Dismiss Plaintiff's Third Amended Complaint, with prejudice on December 1, 2017, Plaintiff appealed;

WHEREAS, on appeal, the Ninth Circuit reversed the Court's dismissal of Plaintiff's Third Amended Complaint with prejudice and remanded the matter for further proceedings;

WHEREAS, on August 16, 2019, Plaintiff filed a Fourth Amended Complaint, and on October 1, 2019, Defendant filed a Motion to Dismiss and a Motion to Strike;

WHEREAS, on May 16, 2023, the Court denied Defendant's Motion to Dismiss and Granted in part Defendant's Motion to Strike;

WHEREAS, Defendant's current deadline to respond to the Complaint is May 30, 2023;

WHEREAS, Defendant has decided to substitute counsel of record in this matter; and

WHEREAS, for good cause, including to permit Defendant's new counsel sufficient time to investigate the claims made in this matter and prepare a response,

1  the parties seek to extend the time by which Defendant must answer, move, or
2  otherwise respond to the Complaint by not more than thirty (30) days to June 30,
3  2023;
4      THEREFORE, the parties stipulate and agree, and hereby jointly move to
5  extend Defendant's time within which to answer, move, or otherwise respond to the
6  Complaint by thirty (30) days, up to and including June 30, 2023.

8  Dated:     May 26, 2023         MORGAN, LEWIS & BOCKIUS LLP

10                                 By  /s/ *Joseph Duffy*
11                                     Joseph Duffy
                                       Attorneys for Defendant
12                                     SAKS INCORPORATED

13 Dated:     May 26, 2023         SCOTT + SCOTT, LLP

15                                 By  /s/ *Erin Green Comite*
16                                     Erin Green Comite
                                       Attorneys for Plaintiff
17                                     RANDY NUNEZ

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

3

JOINT MOTION TO EXTEND TIME TO
RESPOND TO COMPLAINT
CASE NO. 3:15-CV-02717-JAH-WVG

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I, Joseph Duffy, hereby certify that the content of this document is acceptable to counsel for Plaintiff, and that my office has obtained Plaintiff's counsel's authorization to affix her electronic signature to this document.

Dated:      May 26, 2023            MORGAN, LEWIS & BOCKIUS LLP

By */s/ Joseph Duffy*
Joseph Duffy

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

4

JOINT MOTION TO EXTEND TIME TO
RESPOND TO COMPLAINT
CASE NO. 3:15-CV-02717-JAH-WVG